1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CALVIN N. ROUSE, | CASE NO. 3:21-cv-05386-DGE |
| Plaintiff, | ORDER ADOPTING REPORT AND RECOMMENDATION |
| v. | |
| KIRIKO et al., | |
| Defendants. | |

The Court, having reviewed the Report and Recommendation of Theresa L. Fricke, United States Magistrate Judge, objections to the report and recommendation, if any, and the remaining record, does hereby find and ORDER:

1) The Court ADOPTS the Report and Recommendation (Dkt. No. 57);

2) Defendants' motion for summary judgment (Dkt. No. 34) is GRANTED; and

3) Plaintiff's complaint is DISMISSED with prejudice.

ORDER ADOPTING REPORT AND RECOMMENDATION - 1

1 | Dated this 7th day of June, 2023.

David G. Estudillo
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION - 2